NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIBER OPTIC DESIGNS,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**SEASONAL SPECIALITIES, LLC,**
*Appellee.*

---

2012-1058
(Reexamination No. 95/000,137)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Bradley J. Thorson moves to withdraw as counsel of record for Seasonal Specialties, LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. New counsel for Seasonal Specialties LLC should promptly file an entry of appearance.

FOR THE COURT

**JAN 0 9 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Matthew Stavish, Esq.
     Raymond T. Chen, Esq.
     Bradley J. Thorson, Esq.
     Michael Lasky, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK